AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ARIEL EDUARDO TAVAREZ PENALO <br><br> *Plaintiff(s)* <br> v. <br> JOSEPH NOCELLA JR., in his official capacity as U.S. Attorney for Eastern District of New York, PAM BONDI, in her official capacity as Attorney CAPTION RIDER ATTACHED <br> *Defendant(s)* | Civil Action No. 2:25-cv-05942-SIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH Nocella, Jr. U.S. Attorney for EDNY, 271 Cadman Plaza East, Brooklyn, NY 11201; Pam Bondi, Atty. Gen. of the U.S., U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
Joseph B. Edlow, USCIS, U.S.DHS, Office of the Chief Counsel, 20 Massachusetts Ave, NW, Room 4210, Washington, D.C. 20529; Kristi Noem, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525; Thomas Cioppa, USCIS, U.S.DHS, Office of the Chief Counsel, 20 Massachusetts Ave, N.W., Room 4210, Washington, D.C.20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Judith C. Garcia, Esq., 888 Veterans Memorial Highway, Suite 405, Hauppauge, New York 11788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 10/23/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-05942-SIL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                         *Server's signature*

                         _____
                         *Printed name and title*

                         _____
                         *Server's address*

Additional information regarding attempted service, etc:

2:25-cv-05942-SIL

"CAPTION RIDER SHEET".

General of the United States, JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS), KRISTI NOEM, in her official capacity as Secretary, U.S. Department Of Homeland Security, and THOMAS CIOPPA, in his capacity as New York District Director for United States Citizenship and Immigration Services (USCIS)